# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GARY LAVON DAVIS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:17-cv-00062-AKK-JHE |
| | ) |
| **JERRY L BATTS, ET AL**, | ) |
| | ) |
| **Defendants**. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 2, 2017, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and (2), for failing to state a claim upon which relief can be granted, and for seeking monetary relief against defendants who are immune from such relief. Doc. 9. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in

---

[1] The initial copy of the report and recommendation mailed to the plaintiff was returned by the Postal Service for lack of postage on October 10, 2017. Doc. 10. A copy of the report and recommendation was re-mailed to the plaintiff on that date. Therefore, the plaintiff's fourteen-day deadline to file written objections is determined from October 10, 2017.

accordance with 28 U.S.C. § 1915A(b)(1) and (2), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, and for seeking monetary relief from defendants who are immune from such relief. A Final Judgment will be entered.

**DONE** the 31st day of October, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE